UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TRAVAN PONDER, an individual,

Plaintiff,

v.

RICHARD BETTGER, Washington State Patrol Trooper, an individual, JOHN AND JANE 1-20 DOES,

Defendants.

Case No. C05-5054FDB

ORDER OF DISMISSAL and GRANTING MOTION TO WITHDRAW

Counsel for Plaintiff moved for leave to withdraw for the reason that Plaintiff has refused to respond to messages from counsel and both certified and first class mail has been returned to his office stamped, respectively, "Attempted Not Known," and "Return to Sender Attempted – Not Known Unable to Forward." The Court ordered Plaintiff to advise the Court by February 17, 2006 whether he would proceed pro se or with new counsel, but nothing has been filed by the deadline.

NOW, THEREFORE, IT IS ORDERED:

1. Motion to Withdraw as Attorney [Dkt. # 12] is GRANTED;

2. For failure to respond to the Court's Order of January 14, 2006 [Dkt. # 13], this cause of action is DISMISSED.

DATED this 22nd day of February, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1